# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2021-0083, <u>Petition of Michael Grove</u>, the court on April 15, 2021, issued the following order:**

The petition for a writ of mandamus is denied. <u>See</u> Rule 11. The motion to withdraw as counsel and appoint new counsel on appeal is moot.

<u>Petition denied</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., participated.

**Timothy A. Gudas,
Clerk**